**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR TEMPORARY RELIEF TO STAY
ENFORCEMENT PENDING EN BANC CONSIDERATION

Appellate case name:     *In re The State of Texas Ex Rel. Brian W. Wice, Relator*

Appellate case numbers:   01-20-00477-CR, 01-20-00478-CR, and 01-20-00479-CR

Trial court case numbers: 1555100, 1555101, and 1555102

Trial court:             185th District Court of Harris County

Date motion filed:        June 8, 2021

Party filing motion:      Relator


It is ordered that the motion for temporary stay is **granted**.


Judge's signature: _____/s/ Julie Countiss_____


Panel consists of Justices Goodman, Hightower, and Countiss.

Date:  June 15, 2021